1

2

3

4

5

6

7

8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9  ROBERT GONZALES SAENZ,                    CASE NO. 1:09-cv-00557-SMS PC

10                          Plaintiff,        ORDER GRANTING DEFENDANT'S MOTION
                                              FOR LEAVE TO DEPOSE PLAINTIFF BY
11       v.                                   VIDEO CONFERENCE

12  SGT. D. REEVES,                           (ECF No. 41)

13                          Defendant.
                                          /
14

15         Plaintiff Robert Gonzales Saenz ("Plaintiff") is a state prisoner proceeding pro se and in

16  forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  This action was filed on

17  March 26, 2009, and a discovery and scheduling order was issued on February 22, 2011.  This action

18  is currently in the discovery phase, and on May 19, 2011, Defendant filed a motion seeking leave to

19  depose Plaintiff and other incarcerated witnesses by video conference.  Fed. R. Civ. P. 30(b)(4).

20         Good cause having been shown, Defendant's motion is HEREBY GRANTED.

21         IT IS SO ORDERED.

22  **Dated:   May 20, 2011**                      **/s/ Sandra M. Snyder**
                                              UNITED STATES MAGISTRATE JUDGE
23

24

25

26

27

28

1