# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT GONZALES SAENZ, | CASE NO. 1:09-cv-00557-BAM PC |
| Plaintiff, | ORDER DIRECTING DEFENDANTS TO FILE COPY OF INMATE APPEAL |
| v. | TEN DAY DEADLINE |
| SGT. D. REEVES, | |
| Defendant. | |

Plaintiff Robert Gonzales Saenz ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On October 24, 2011, an order issued directing Defendants to file a copy of Plaintiff's inmate appeals. The documents were filed on November 18, 2011, however the first page of appeal no. SATF E-07-00748 was missing. Accordingly, within ten days form the date of service of this order, Defendants shall file a complete copy of appeal no. SATF E-07-00748.

IT IS SO ORDERED.

Dated: **November 21, 2011**         **/s/ Barbara A. McAuliffe**
                                       UNITED STATES MAGISTRATE JUDGE

1