1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9  | ROBERT GONZALES SAENZ,

CASE NO. 1:09-cv-00557-BAM PC

10              Plaintiff,

ORDER DIRECTING DEFENDANTS TO FILE COPY OF INMATE APPEAL

11      v.

TEN DAY DEADLINE

12  | SGT. D. REEVES,

13              Defendant.

_____/

14

15          Plaintiff Robert Gonzales Saenz ("Plaintiff") is a state prisoner proceeding pro se and in

16  forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  On October 24, 2011, an

17  order issued directing Defendants to file a copy of Plaintiff's inmate appeals.  The documents were

18  filed on November 18, 2011, however the first page of appeal no. SATF E-07-00748 was missing.

19  Accordingly, within ten days form the date of service of this order, Defendants shall file a complete

20  copy of appeal no. SATF E-07-00748.

21          IT IS SO ORDERED.

22  **Dated:**   **November 21, 2011**          **/s/ Barbara A. McAuliffe**
                                              UNITED STATES MAGISTRATE JUDGE

23
24
25
26
27
28

1