1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

7

## EASTERN DISTRICT OF CALIFORNIA

8

9   ROBERT GONZALES SAENZ,                    CASE NO. 1:09-cv-00557-BAM PC

10                         Plaintiff,          ORDER   GRANTING   DEFENDANTS'   EX
                                               PARTE APPLICATION TO EXTEND TIME TO
11        v.                                   FILE REPLY

12   SGT. D. REEVES,                          (ECF No. 87)

13                         Defendant.          FOURTEEN DAY DEADLINE
     _____/

14

15        Plaintiff Robert Gonzales Saenz ("Plaintiff") is a state prisoner proceeding pro se and in

16   forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  On March 26, 2012,

17   Defendants filed an ex parte application to extend time to file reply in support of summary judgment

18   motion.  Good cause appearing, Defendants' ex parte application to extend time is HEREBY

19   GRANTED, and Defendants shall be granted fourteen days from the date of service of this order to

20   file a reply in support of the summary judgment motion.

21        IT IS SO ORDERED.

22   **Dated:**   **April 3, 2012**              **/s/ Barbara A. McAuliffe**
                                               UNITED STATES MAGISTRATE JUDGE
23

24
25
26
27
28

                                               1