# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT GONZALES SAENZ, | CASE NO. 1:09-cv-00557-BAM PC |
| Plaintiff, | ORDER GRANTING DEFENDANTS' EX PARTE APPLICATION TO EXTEND TIME TO FILE REPLY |
| v. | |
| SGT. D. REEVES, | (ECF No. 87) |
| Defendant. | FOURTEEN DAY DEADLINE |

Plaintiff Robert Gonzales Saenz ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On March 26, 2012, Defendants filed an ex parte application to extend time to file reply in support of summary judgment motion. Good cause appearing, Defendants' ex parte application to extend time is HEREBY GRANTED, and Defendants shall be granted fourteen days from the date of service of this order to file a reply in support of the summary judgment motion.

IT IS SO ORDERED.

Dated: **April 3, 2012**        /s/ **Barbara A. McAuliffe**
                UNITED STATES MAGISTRATE JUDGE