# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT GONZALES SAENZ,<br><br>        Plaintiff,<br><br>    v.<br><br>SGT. D. REEVES,<br><br>        Defendant.<br>_____/ | CASE NO. 1:09-cv-00557-BAM PC<br><br>ORDER ADVANCING TELEPHONIC TRIAL CONFIRMATION HEARING AND CONTINUING TRIAL (ECF No. 104)<br><br>**Telephonic Trial Confirmation Hearing:**   April 15, 2013, at 10:00 a.m. in Courtroom 8 (BAM)<br><br>**Jury Trial:**   June 18, 2013, at 8:30 a.m. in Courtroom 8 (BAM) |

Due to the availability of the Court, the Telephonic Trial Confirmation Hearing set for April 16, 2013, at 10:00 a.m. is ADVANCED to Monday, April 15, 2013, at 10:00 a.m. in Courtroom 8 (BAM) before the undersigned. Counsel for defendant is required to arrange for the participation of Plaintiff in the telephonic trial confirmation hearing and to initiate the telephonic hearing at **(559) 499-5789**.

The Jury Trial Set for June 3, 2013, at 8:30 a.m. is CONTINUED to June 18, 2013, at 8:30 a.m. in Courtroom 8 (BAM) before the undersigned.

All other dates set forth in the Second Scheduling Order issued on September 14, 2012, remain unchanged.

IT IS SO ORDERED.

Dated:   March 26, 2013           /s/ **Barbara A. McAuliffe**
                                                   UNITED STATES MAGISTRATE JUDGE