# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT SAENZ, | 1:09-cv-00557- BAM (PC) |
| Plaintiff, | **ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO TRANSPORT ROBERT GONZALES SAENZ, CDC #K-61926, PLAINTIFF WITNESS** |
| vs. | |
| SGT. D. REEVES, | DATE: June 18, 2013 |
| Defendant. | TIME: 8:00 a.m. |

**ROBERT GONZALES SAENZ**, inmate, **CDC# K-61926**, a necessary and material witness on his own behalf in proceedings in this case on June 18, 2013, is confined at R. J. Donovan Correctional Facility, 480 Alta Road, San Diego, CA 92719, in the custody of the Warden. In order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before Magistrate Judge Barbara A. McAuliffe at the United States Courthouse, 2500 Tulare Street, Fresno, California 93721, in Courtroom #8, on June 18, 2013, at 8:00 a.m.

### ACCORDINGLY, IT IS ORDERED that:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify in United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court; and thereafter to return the inmate to the above institution;

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

### WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To:   The Warden**, R. J. Donovan Correctional Facility, 480 Alta Road, San Diego, CA 92719:

**WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above, and from day to day until completion of the proceedings, or as ordered by the court; and thereafter to return the inmate to the above institution.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated:   **May 13, 2013**                              /s/ Barbara A. McAuliffe
                                                                       UNITED STATES MAGISTRATE JUDGE