

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT GONZALES SAENZ, | Case No.: 1:09-cv-00557-BAM  PC |
| Plaintiff, | ORDER REQUIRING PRODUCTION OF PLAINTIFF FOR TRIAL ON JUNE 19, 2013, AT 8:00 A.M. |
| v. | |
| D. REEVES, | |
| Defendant. | |

Plaintiff Robert Gonzales Saenz, CDC# K-61926, shall be produced to testify before the United States District Court, at 2500 Tulare Street in Fresno, California at 8:00 a.m. on Wednesday, June 19, 2013, and from day to day until completion of the proceedings or as ordered by the Court.

It is so ORDERED.

DATED: 6/18/13

BARBARA A. McAULIFFE
UNITED STATES MAGISTRATE JUDGE

1