**FILED**

**JUN 18 2013**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT GONZALES SAENZ, | Case No.: 1:09-cv-00557-BAM PC |
| Plaintiff, | ORDER REQUIRING PRODUCTION OF RICHARD ANGULO, CDC# J-70372 FOR TRIAL ON JUNE 19, 2013, AT 8:30 A.M. |
| v. | |
| D. REEVES, | |
| Defendant. | |

Witness Richard Angulo, CDC# J-70372, shall be produced to testify before the United States District Court, at 2500 Tulare Street in Fresno, California at 8:30 a.m. on Wednesday, June 19, 2013, and from day to day until completion of the proceedings or as ordered by the Court.

It is so ORDERED.

DATED: 6/18/13

BARBARA A. McAULIFFE
UNITED STATES MAGISTRATE JUDGE

1