

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ROBERT GONZALES SAENZ, | ) | Case No.: 1:09-cv-00557-BAM  PC |
| Plaintiff, | ) ) | NOTICE AND ORDER THAT **RICHARD ANGULO**, CDC# J-70372, IS NO LONGER NEEDED AS WITNESS IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED |
| v. | ) | |
| D. REEVES, | ) ) | |
| Defendant. | ) ) | |

Jury trial in this matter commenced on June 18, 2013.  Witness Richard Angulo, CDC# J-70372, has testified and is no longer needed by the Court as a witness in these proceedings. Accordingly, the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

DATED: 6/19/13

BARBARA A. McAULIFFE
UNITED STATES MAGISTRATE JUDGE

1