Case 1:09-cv-00557-BAM   Document 160   Filed 06/19/13   Page 1 of 1



# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT GONZALES SAENZ, | Case No.: 1:09-cv-00557-BAM  PC |
| Plaintiff, | NOTICE AND ORDER THAT **RICHARD ANGULO**, CDC# J-70372, IS NO LONGER NEEDED AS WITNESS IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED |
| v. | |
| D. REEVES, | |
| Defendant. | |

Jury trial in this matter commenced on June 18, 2013. Witness Richard Angulo, CDC# J-70372, has testified and is no longer needed by the Court as a witness in these proceedings. Accordingly, the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

DATED: 6/19/13

BARBARA A. McAULIFFE
UNITED STATES MAGISTRATE JUDGE

1