

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT GONZALES SAENZ,<br><br>    Plaintiff,<br><br>    v.<br><br>D. REEVES,<br><br>    Defendant. | Case No.: 1:09-cv-00557-BAM PC<br><br>ORDER REQUIRING PRODUCTION OF PLAINTIFF FOR TRIAL ON JUNE 20, 2013, AT 8:00 A.M. |

Plaintiff Robert Gonzales Saenz, CDC# K-61926, shall be produced to testify before the United States District Court, at 2500 Tulare Street in Fresno, California at 8:00 a.m. on Thursday, June 20, 2013, and from day to day until completion of the proceedings or as ordered by the Court.

It is so ORDERED.

DATED: 6/19/13

BARBARA A. McAULIFFE
UNITED STATES MAGISTRATE JUDGE

1