

1
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT
9                          EASTERN DISTRICT OF CALIFORNIA
10
11   ROBERT GONZALES SAENZ,              ) Case No.: 1:09-cv-00557-BAM  PC
                                         )
12              Plaintiff,               ) NOTICE AND ORDER THAT PLAINTIFF
                                         ) **ROBERT GONZALES SAENZ**, CDC# K-61926,
13       v.                              ) IS NO LONGER NEEDED AS WITNESS IN
                                         ) THESE PROCEEDINGS, AND THE WRIT OF
14   D. REEVES,                          ) HABEAS CORPUS AD TESTIFICANDUM IS
                                         ) DISCHARGED
15              Defendant.               )
                                         )
16   _____      )

17       Jury trial in this matter commenced on June 18, 2013. Plaintiff Robert Gonzales Saenz, CDC#
18   K-61926, has testified and is no longer needed by the Court as a witness in these proceedings.
19   Accordingly, the writ of habeas corpus ad testificandum as to this inmate is HEREBY
20   DISCHARGED.
21
22       DATED: 6/20/13                              _____
                                                     BARBARA A. McAULIFFE
23                                                   UNITED STATES MAGISTRATE JUDGE
24
25
26
27
28

                                                1