UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

ROBERT GONZALES SAENZ,
        Plaintiff,

vs.

**JUDGMENT IN A CIVIL ACTION**

1:09-CV-00557-BAM-PC

D. REEVES,
        Defendant.
_____/

X      JURY VERDICT:    This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

       IT IS HEREBY ORDERED AND ADJUDGED that Judgment is in favor of Defendant D. Reeves and against Plaintiff Robert Gonzales Saenz. Case is Closed.

DATED: June 25, 2013

                           MARIANNE MATHERLY, Clerk

                           By:    H.A. Herman
                                 Deputy Clerk

```
judgment.civ.wpd
5/6/2013
```