# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT GONZALES SAENZ,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>D. REEVES,<br><br>　　　　　Defendant. | Case No.: 1:09-cv-00557-BAM PC<br><br>ORDER DISREGARDING REQUEST FOR CLARIFICATION REGARDING PROCESSING OF APPEAL<br><br>(ECF Nos. 181) |

　　　　Plaintiff Robert Gonzales Saenz ("Plaintiff"), a state prisoner, proceeded pro se and in forma pauperis civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff initiated this action on March 26, 2009. (ECF No. 1.) The matter proceeded to a jury trial on June 18, 2013. The jury returned a special verdict in favor of Defendant Reeves on June 20, 2013, and judgment for Defendant Reeves was entered on June 26, 2013. (ECF Nos. 165, 169.) On July 15, 2013, Plaintiff filed a notice of appeal. (ECF Nos. 171.) On July 19, 2013, the appeal was processed to the Ninth Circuit Court of Appeals. (eCF No. 174.)

　　　　On September 3, 2013, Plaintiff filed a motion requesting clarification of the issues on appeal. Although Plaintiff filed the motion with this Court, he also submitted it to the Ninth Circuit Court of Appeals. In the motion, Plaintiff refers to himself as "Appellant" and explains that he seeks to prepare his appeal so that certain issues are presented for the court's review. (ECF No. 181, p. 19.) Based on the substance of the motion, it appears that Plaintiff's motion is directed to the Ninth Circuit Court of

1  Appeals.  Accordingly, Plaintiff's motion seeking clarification of the issues on appeal is HEREBY
2  DISREGARDED by this Court.
3  IT IS SO ORDERED.

4  Dated: **September 5, 2013**            /s/ Barbara A. McAuliffe
5                                       UNITED STATES MAGISTRATE JUDGE